UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARK FAGIOLA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 1:11-cv-00214-TCB |
| | : | |
| JPMORGAN CHASE BANK NA and the unknown owner of this loan | : | |
| Defendant. | : | |

## MOTION TO DISMISS

COMES NOW, the plaintiff, Mark Fagiola, by and through the undersigned counsel, and, prior to the defendant's filing of any pleading or motion for summary judgment, moves to dismiss his Complaint without prejudice. This motion is made after confering with opposing counsel who has no objection to the motion.

This the 3rd day of March, 2011.

/ss/                                          /ss/

_____
Alexander J. Repasky
Attorney for Defendant
Georgia Bar No. 601050

4880 Lower Roswell Road
Suite 165
Marietta, Georgia  30068
(770) 912-4016