IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARK FAGIOLA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:11-cv-00214-TCB |
| | ) | |
| JP MORGAN CHASE BANK, N.A. | ) | |
| and UNKNOWN OWNER OF THIS | ) | |
| LOAN | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is Plaintiff Mark Fagiola's motion to dismiss without prejudice [10]. Fagiola states in his motion that Defendant has no objection to the dismissal. Accordingly, the Court GRANTS Fagiola's motion to dismiss without prejudice [10].

IT IS SO ORDERED this 24th day of March, 2011.

Timothy C. Batten, Sr.
United States District Judge